IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHARON OSBURN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:12cv349-MHT |
| | ) | (WO) |
| LEON E. PENETTA, SECRETARY, | ) | |
| DEPARTMENT OF DEFENSE, | ) | |
| (Defense Information | ) | |
| Systems Agency) and TIMOTHY | ) | |
| TARVER, in his individual | ) | |
| capacity, | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 48), it is ORDERED that Timothy Tarver and all the claims against him and all the claims brought by him are dismissed with prejudice, with the parties to bear their own costs.

It is further ORDERED that the motion to dismiss (doc. no. 26) and the motion to strike (doc. no. 37) are denied as moot.

It is further ORDERED that **defendant Tarver is terminated as a party.**

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 10th day of December, 2012.

>     /s/ Myron H. Thompson
> **UNITED STATES DISTRICT JUDGE**