IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SHARON OSBURN,                        )
                                      )
    Plaintiff,                        )
                                      )        CIVIL ACTION NO.
    v.                                )         2:12cv349-MHT
                                      )
CHUCK HAGEL, Secretary,               )
Department of Defense,                )
(Defense Information                  )
Systems Agency),                      )
                                      )
    Defendant.                        )

ORDER

After an independent and de novo review of the record, and the parties having indicated on the record on November 15, 2013, that they do not object, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 126) is adopted.

(2) The motion to dismiss (doc. no. 93), the motion for extension of time to complete discovery

(doc. no. 93), and the supplemental motion to
dismiss (doc. no. 97) are all denied.

DONE, this the 18th day of November, 2013.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE