IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHARON OSBURN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:12cv349-MHT |
| ) | (WO) |
| CHUCK HAGEL, Secretary, ) | |
| Department of Defense, ) | |
| (Defense Information ) | |
| Systems Agency), ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the parties' motions in limine (Doc. Nos. 168, 177, 178, & 179), motion to strike (Doc. No. 169), and objections (Doc. Nos. 170, 171, & 180), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than September 11, 2014, to attempt to resolve the motions and objections; and

(2) File a jointly prepared report by September 16, 2014,(a) as to which issues in the motions and objections

are resolved and which ones remain unresolved and (b), for each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 8th day of September, 2014.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**